

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00174-CV

**TOM MADDUX, INDIVIDUALLY AND DBA
LOST PRAIRIE CYCLES; AKA THOMAS
EARL MADDUX,**

**Appellant**

 **v.**

**MICHAEL D. REID,**

**Appellee**

**From the 87th District Court
Limestone County, Texas
Trial Court No. 29,549-A**

# O R D E R

The Court has given appellant, who is representing himself in this appeal as he did in the trial court, some latitude on the filing requirements in this appeal. There is, however, a limit to that latitude that we cannot go beyond without impacting our neutrality as a court and giving an unfair advantage to the self-represented party. We have reached that limit.

Appellant has confirmed that he continues to rely on a document submitted by appellant on July 24, 2013 as his brief in this appeal. This document was submitted prior to the filing of the reporter's record which appellant had requested and, after many delays, was only recently filed with the Clerk of this Court. As we noted in our August 15, 2013 Order, the July 24, 2013 document, as a brief, was premature because the record had not been completed or filed. Nevertheless, appellant stands on it as his brief. Because it was filed long before the reporter's record was even prepared, the "brief" could not contain the necessary references to the record to be a proper brief. *See* TEX. R. APP. P. 38.1.

We will not detail all of the deficiencies of this "brief," but among some of the required items not included are: 1) a concise statement of all issues or points presented for review; 2) a clear and concise argument for the contentions made; 3) citations to authorities, and, of course, 4) citations to the appellate record. *Id.* at (f), (i).

Accordingly, appellant's July 24, 2013 "brief" is stricken. Unless appellant files a brief that complies with Rule 38.1 within 30 days from the date of this order, the Court will proceed as if appellant has failed to file a brief and dismiss this appeal without further notice. TEX. R. APP. P. 38.9(a); 38.8(a).

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Brief stricken

Maddux v. Reid

Order issued and filed September 11, 2014

